948

No. 01–10320. STOVER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10321. APARCO-CENTENO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10324. GRAHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10325. RODRIGUEZ PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10327. AL-ZUBAIDY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10328. ZAPATA-ROBLES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10332. SCHWEITZER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10334. MARINO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–10335. LUA-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10336. LOPEZ v. ROMINE, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 01–10339. AVILES-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10342. BAIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10347. AGUILAR-PLATA v. UNITED STATES; CARAVEO-PRIETO v. UNITED STATES; FUENTES-PICON v. UNITED STATES; JIMENEZ-HERNANDEZ v. UNITED STATES; MOLINA-MORALES v. UNITED STATES; PADILLA-VELA, AKA PADILLA, AKA VELA-PADILLA v. UNITED STATES; ROMERO-RAMIREZ, AKA ROMERO, AKA SANCHEZ-PEREZ v. UNITED STATES; SANCHEZ-CALDERON, AKA SANCHEZ-RODRIGUEZ v. UNITED STATES; and ZAMUDIO-HINOJOSA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.